IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00344-GPG

In Re: WILLIAM S. DENNEN,

    Debtor,

WILLIAM S. DENNEN,

    Appellant,

v.

[NO NAMED APPELLEE],

    Appellee(s).

---

ORDER ASSIGNING CASE TO AP DOCKET

---

    Debtor/Appellant, William S. Dennen, initiated this bankruptcy appeal by filing *pro se* a Notice of Appeal and Statement of Election (ECF No. 1), electing to have the appeal heard by the United States District Court.

    Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that this case is not appropriate for summary dismissal at this time. Therefore, the appeal will be assigned to the AP docket for further review.   *See* D.C.COLO.LAPR 10.3.   Accordingly, it is

    ORDEDERED that this appeal from the United States Bankruptcy Court for the District of Colorado shall be assigned to the AP Docket.

DATED March 2, 2016, at Denver, Colorado.

BY THE COURT:

Gordon P. Gallagher
United States Magistrate Judge