IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  16-cv-00344-WYD

In Re: WILLIAM S. DENNEN,

    Debtor,

WILLIAM S. DENNEN,

    Appellant,

v.

[NO NAMED APPELLEE],

    Appellee(s).

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order of Dismissal, filed on March 30, 2016, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that this untimely appeal is **DISMISSED** for lack of jurisdiction.

DATED at Denver, Colorado this 30th day of March, 2016.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                */s/ Robert R. Keech*
                Robert R. Keech,
                Deputy Clerk